■ (A) ASSOCIATION FOR THE PRESERVATION OF FREEDOM OF CHOICE, INC. v. THE NATION COMPANY. (B) ASSOCIATION FOR THE PRESERVATION OF FREEDOM OF CHOICE, INC. v. GEORGE G. KIRSTEIN. (C) ASSOCIATION FOR THE PRESERVATION OF FREEDOM OF CHOICE, INC. v. JOHN M. PICKERING.— [In each action] Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on

or before March 5, 1963, with notice of argument for the April 1963 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.